1  Todd M. Schneider (SBN 158253)
   Jason H. Kim (SBN 220279)
2  Kyle G. Bates (SBN 299114)
   **SCHNEIDER WALLACE**
3  **COTTRELL KONECKY LLP**
   2000 Powell Street, Suite 1400
4  Emeryville, California 94608
   Tel:  (415) 421-7100
5  Fax:  (415) 421-7105
   tschneider@schneiderwallace.com
6  jkim@schneiderwallace.com
   kbates@schneiderwallace.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATIAS LEE, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendant. | Case No. 3:20-cv-03241<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

1  Plaintiff Matias Lee, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the Complaint against Defendant the Regents of the University of California, without prejudice.  Plaintiff and Defendant have agreed that each will bear their own fees and costs.

Defendant has filed neither an answer to the Complaint nor a motion for summary judgment as to these claims.  Plaintiff respectfully submits that dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: May 27, 2020

Respectfully submitted,
SCHNEIDER WALLACE
COTTRELL KONECKY LLP

*/s/ Kyle G. Bates*
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Kyle G. Bates (SBN 299114)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel:  (415) 421-7100
Fax:  (415) 421-7105
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
kbates@schneiderwallace.com

Benjamin Galdston (SBN 211114)
**BERGER MONTAGUE PC**
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 489-0300
bgaldston@bm.net

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on May 27, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

           _/s/ Kyle G. Bates_
           Kyle G. Bates